A CERTIFIED TRUE COPY
ATTEST

By Dana Stewart on Mar 23, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Mar 08, 2010

FILED
CLERK'S OFFICE

IN RE: ZICAM COLD REMEDY MARKETING,
SALES PRACTICES AND PRODUCTS
LIABILITY LITIGATION

MDL No. 2096

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-6)

X FILED ___ LODGED
___ RECEIVED ___ COPY

MAR 2 3 2010

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

On October 9, 2009, the Panel transferred eight civil actions to the United States District Court for the District of Arizona for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 655 F.Supp.2d 1371 (J.P.M.L. 2009). Since that time, 45 additional actions have been transferred to the District of Arizona. With the consent of that court, all such actions have been assigned to the Honorable Frederick J. Martone.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Arizona and assigned to Judge Martone.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Arizona for the reasons stated in the order of October 9, 2009, and, with the consent of that court, assigned to the Honorable Frederick J. Martone.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Arizona. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Mar 23, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I hereby attest and certify on 3·23·10
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my cus-
tody.
CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA
By_____ Deputy

IN RE: ZICAM COLD REMEDY MARKETING,
SALES PRACTICES AND PRODUCTS
LIABILITY LITIGATION     MDL No. 2096

## SCHEDULE CTO-6 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA CENTRAL** | |
| CAC 2 10-488 | Debra Collins v. Matrixx Initiatives, Inc., et al. |
| CAC 2 10-489 | Paul Kersanty v. Matrixx Initiatives, Inc., et al. |
| **CALIFORNIA EASTERN** | |
| CAE 1 10-240 | Derek Alexander v. Matrixx Initiatives, Inc., et al. |
| **CONNECTICUT** | |
| CT 3 10-148 | Mahieddine Adjal, et al., v. Matrixx Initiatives, Inc., et al. |
| CT 3 10-220 | Mary Ellen Wetteman v. Matrixx Initiatives, Inc., et al. |
| **FLORIDA SOUTHERN** | |
| FLS 2 10-14032 | Wanda Everett, et al. v. Matrixx Initiatives, Inc., et al. |
| **IOWA NORTHERN** | |
| IAN 1 10-9 | Rhonda Gelo v. Matrixx Initiatives, Inc., et al. |
| **IDAHO** | |
| ID 2 10-58 | Allison Campbell v. Matrixx Initiatives, Inc. |
| ID 2 10-59 | Nancy Cooper v. Matrixx Initiatives, Inc., et al. |
| ID 2 10-60 | Mary Jo Moore v. Matrixx Initiatives, Inc., et al. |
| ID 3 10-79 | Marilyn Henderson v. Matrixx Initiatives, Inc., et al. |
| **ILLINOIS SOUTHERN** | |
| ILS 3 10-75 | Mary Pat Bollone v. Matrixx Initiatives, Inc., et al. |
| ILS 3 10-76 | Jennifer Glisson v. Matrixx Initiatives, Inc., et al. |
| **INDIANA SOUTHERN** | |
| INS 1 10-76 | Daniel Goodall, et al. v. Matrixx Initiatives, Inc., et al. |
| **MONTANA** | |
| MT 6 10-3 | Jeffrey B. Miller, et al. v. Matrixx Initiatives, Inc., et al. |

**MDL No. 2096 - Schedule CTO-6 Tag-Along Actions (Continued)**

NORTH CAROLINA MIDDLE
  NCM 1 10-126          Rosanne Kirsten Magers v. Matrixx Initiatives, Inc., et al.

NORTH DAKOTA
  ND 3 10-7             Sharon Rostad v. Matrixx Initiatives, Inc., et al.

NEW YORK SOUTHERN
  NYS 1 10-1312         Paul C. Buck, Jr. v. Matrixx Initiatives, Inc., et al.

TEXAS NORTHERN
  TXN 3 10-296          John E. Touhey v. Matrixx Initiatives, Inc., et al.

TEXAS SOUTHERN
  TXS 4 10-271          Eugene Thomas Stanley v. Matrixx Initiatives, Inc., et al.

VIRGINIA EASTERN
  VAE 2 10-79           Debora Pope v. Matrixx Initiatives, Inc., et al.

WASHINGTON WESTERN
  WAW 3 10-5104        Verna Jean Chancellor, et al. v. Matrixx Initiatives, Inc., et al.

WYOMING
  WY 1 10-18            Sara Jardine v. Matrixx Initiatives, Inc., et al.
  WY 2 10-16            Stephen Alan Gosbee v. Matrixx Initiatives, Inc., et al.